IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA        :        CRIMINAL ACTION

        VS.                     :

GARY DIAZ                       :        NO. 12-CR-581-5


ORDER


        AND NOW, this 30th day of October, 2015, pursuant to
18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing
Guidelines, and by agreement of the parties, it is hereby ORDERED
that the term of imprisonment in this case is reduced to 54
months, effective November 1, 2015.  Any and all pending pro se
motions related to Amendment 782 are moot and hereby DISMISSED.



                                BY THE COURT:



                                s/J. Curtis Joyner
                                J. CURTIS JOYNER, J.